**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1061**

JOHN LEE MORRIS, SR.,

       Plaintiff – Appellant,

    v.

THE PEOPLE OF THE UNITED STATES; JUDGES; ATTORNEYS; CLERKS;
ROBERT J. FAVROT; WILLIAM J. DZIWURA; NC ATTORNEY GENERAL
ROY COOPER; ROBERT MONTGOMERY; SARAH PARKER; MARK D.
MARTION; ROBERT H. EDMUNDS, JR.; EDWARD T. BRANDY; PATRICIA
TIMMONS GOODSON; PAUL M. NEWBY; ROBIN E. HUDSON; JUSTICE
NIEMEYER; JUSTICE TRAXLER; JUSTICE GREGORY; WILLIAM K.
SUTER; JEFFREY ATKINS; RUTH JONES; PAMELA K. STUMP; UNITED
STATES OF AMERICA,

       Defendants – Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  James A. Beaty, Jr.,
Chief District Judge.  (1:10-cv-00130-JAB-PTS)

Submitted:  April 28, 2011        Decided:  May 3, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Lee Morris, Sr., Appellant Pro Se.  Gill Paul Beck, Sr.,
Assistant United States Attorney, Greensboro, North Carolina,
Grady L. Balentine, Jr., Special Deputy Attorney General,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Lee Morris, Sr., appeals the district court's order accepting the magistrate judge's recommendation and dismissing Morris' 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Morris v. People of the United States, No. 1:10-cv-00130-JAB-PTS (M.D.N.C. filed Jan. 14, 2011; entered Jan. 19, 2011). We further deny Morris' motion for sanction or money demand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3